THE HACKENSACK TRUST CO. v. SEVERIO ALVAREZ.

July 22, 1974. Petition for certification granted.

STATE OF NEW JERSEY v. RALPH T. TURPIN.

July 22, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM HARLEY.

July 22, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL GEORGIADIS.

July 22, 1974. Petition for certification denied.

FRANK CAPASSO v. L. PUCILLO AND SONS, INC.

July 22, 1974. Petition for certification denied.

ETHEL BAKER v. DANIEL KLOCKNER, INC.

July 22, 1974. Petition for certification denied.